JS - 6

William I. Goldsmith, SBN 82183
Jack D. Hull, SBN 91879/File No.528774
GOLDSMITH & HULL, APC
A Professional Corporation
16933 PARTHENIA ST.
NORTHRIDGE, CALIFORNIA 91343
818-990-6600  Fax: 818-990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO SMITH,<br><br>Defendant. | CASE NO. CV08-06878 GAF (AJWx)<br>JUDGMENT<br><br>Judge: Gary A. Feess |

Plaintiff's Motion for Summary Judgment having been read and considered by the Court:

IT IS ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Plaintiff, United States of America, and against the ALFONSO SMITH in the following sum:

As of September 28, 2009, the balance of: [a]$333.13, [b] plus interest accrued from the default to September 28, 2009 in the sum of $1,965.20 with further interest at 7% per annum until entry of judgment; with interest thereafter at the legal rate; [c]

1    plus penalties/administrative fees of $87.00; [d] plus cost of $405.00 and attorneys

2    fees in the amount of $250.00 for a total amount of $3,040.33.

3

4

5    DATED: October 16, 2009

6    _____
     Honorable Gary A. Feess
7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28